01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08
| DEBRA L. HAWKES, | ) |
| | ) |
| Plaintiff, | ) Case No. 05-1242-RSL-JPD |
| | ) |
| v. | ) |
| | ) |
| | ) ORDER OF REMAND |
| JO ANNE B. BARNHART, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

14    The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and

15 in opposition to that complaint, the Report and Recommendation of the Honorable James P.

16 Donohue, United States Magistrate Judge, and the remaining record, does hereby find and

17 ORDER:

18    (1)    The Court adopts the Report and Recommendation;

19    (2)    The final decision of the Commissioner is REVERSED and REMANDED for

20           further administrative proceedings not inconsistent with the Report and

21           Recommendation; and

22    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

23           Donohue.

24    DATED this 17th day of July, 2006.

25

26                                    _MWt S Lasnik_
                                    Robert S. Lasnik,
                                    United States District Judge